A09A1936. JUDICIAL COUNCIL OF GEORGIA et al. v. BROWN & GALLO, LLC.

(706 SE2d 128)

MIKELL, Judge.

The Supreme Court granted certiorari in this case and, in *Judicial Council of Ga. v. Brown & Gallo, LLC*,[1] reversed the judgment of this Court. Therefore, we vacate our earlier opinion[2] and adopt the judgment of the Supreme Court as our own.

*Judgment reversed. Ellington, C. J., and McFadden, J., concur.*

DECIDED FEBRUARY 8, 2011.

*Thurbert E. Baker, Attorney General, Stefan E. Ritter, Senior Assistant Attorney General*, for appellants.

*Bryan, Cave, Powell & Goldstein, L. Lin Wood, Jr., Stacey G. Evans, Ann W. Ferebee*, for appellee.

---

[1] 288 Ga. 294 (702 SE2d 894) (2010).

[2] *Judicial Council of Ga. v. Brown & Gallo, LLC*, 299 Ga. App. XXII (Case No. A09A1936, affirmed without opinion, August 26, 2009).